**584**

writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. William Marshall Bullitt* for petitioner. *Mr. Chas. S. Coffey* for respondent.

No. 264. WALSH ET AL., DOING BUSINESS UNDER THE FIRM NAME AND STYLE OF GARBUTT-WALSH *v.* TADLOCK ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Lloyd S. Nix* and *Lilian M. Fish* for petitioners. *Mr. Adam Thompson* for respondents.

No. 267. CROWE COAL CO. *v.* NATIONAL LABOR RELATIONS BOARD. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Frank H. Terrell* for petitioner. *Solicitor General Jackson* and *Messrs. Charles Fahy, Laurence A. Knapp,* and *Mortimer B. Wolf* for respondent.

No. 269. HAYNES DRILLING CO. *v.* INDIAN TERRITORY ILLUMINATING OIL Co. October 9, 1939. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. *Mr. Harry O. Glasser* for petitioner. *Messrs. W. P. McGinnis* and *Donald Prentice* for respondent.

No. 273. FRANK HODOROWICZ *v.* UNITED STATES;
No. 274. DOWAIT *v.* SAME; and
No. 275. PETER HODOROWICZ *v.* SAME. October 9, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. George*